Kirk Guinn #015448
430 W. 1st Street, Suite 102
Tempe, AZ 85281
Telephone (602) 324-7297
Facsimile (480) 966-1070

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| | Case No. 4:08-bk-02338-JMM |
| TINA L. HAWKINS, | |
| | ORDER APPROVING ATTORNEY FEES IN A CONVERTED OR DISMISSED CASE |
| Debtor(s). | |

The Court finding that an Application for Payment of Administrative Expense having been filed on March 25, 2008, requesting attorney's fees related to the filing of this case, and no objection to such application having been properly filed or heard and this case has been converted or dismissed;

IT IS HEREBY ORDERED that the proposed attorney's fees in the amount of $2300.00 are hereby approved and ordered for services rendered as described in the Application for Payment of Administrative Expenses. Said fees shall be paid from funds held by the Chapter 13 Trustee, Diane C. Kerns, to the extent that funds are available after the Trustee is paid her administrative expenses.

_____    _____
Date                              Honorable James M. Marlar
                                  United States Bankruptcy Judge

1